UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHERYL MALONE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | Civil Action No. MC-05-HGD-762-S |
| ) | |
| **PERSONNEL BOARD OF** ) | |
| **JEFFERSON COUNTY** ) | |
| **COUNTY, ALABAMA,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

On July 26, 2006, the magistrate judge entered a report and recommendation, recommending that the decision of the Personnel Board of Jefferson County, Alabama (the "Personnel Board"), to terminate plaintiff's employment, be sustained. The parties were allowed eleven (11) days in which to file objections to the recommendation of the magistrate judge. No party has filed an objection.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report, and ACCEPTS the recommendation, of the magistrate judge. It is, therefore, ORDERED, ADJUDGED and DECREED that the decision of the Personnel Board to terminate plaintiff's employment be, and the same hereby is, SUSTAINED. All claims asserted herein are DISMISSED with prejudice. Costs are taxed to plaintiff. The clerk is directed to close this file.

DONE this 15th day of August, 2006.

                                                                     _____
                                                                     United States District Judge